# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00556-CR

**Cody A. Carpenter, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 51ST DISTRICT COURT OF IRION COUNTY
### NO. CR19-002, THE HONORABLE CARMEN DUSEK, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on January 13, 2020. On counsel's motion, the time for filing was extended to March 11, 2020. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than May 11, 2020. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on March 20, 2020.

Before Justices Goodwin, Kelly, and Smith

Do Not Publish